# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

128158-9

MICHELLE GOWER, Personal
Representative of the Estate of
EDWIN GOWER, Deceased,
          Plaintiff-Appellant,

v

JAMES HARKEMA, M.D.,
CHRISTOPHER SEIP, M.D.,
BENJAMIN B. MOSHER, M.D.,
CHRISTOPHER ABOOD, M.D.,
TONIA REINCKE, PA-C,
SPARROW HOSPITAL,
GREG A. HOWELLS, M.D.,
KEITH BLUM, D.O.,
CHRISTINA MASER OHM, M.D.,
KEVIN KRAUSE, M.D.,
GREGORY NOWINSKI, M.D.,
JULIE STEIN, M.D., and
WILLIAM BEAUMONT HOSPITAL,
ROYAL OAK
          Defendants-Appellees,

and

GEORGE ARTHUR WILLIAMS, M.D.,
and ASSOCIATED RETINAL
CONSULTANTS, P.C.,
          Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128158, 128159
COA: 256824, 257967
Ingham CC: 03-000299-NH

By order of April 13, 2007, the application for leave to appeal the January 25, 2005 and February 1, 2005 orders of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the

Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the orders of the Court of Appeals, REINSTATE the order of the Ingham Circuit Court denying defendants' motion for summary disposition, and REMAND this case to the Ingham Circuit Court for further proceedings not inconsistent with this order and the order in *Mullins*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

*Corbin R. Davis*

Clerk